## IN EQUITY.

### BRISBANE vs. PEABODY.

To be entitled to an order *pro confesso*, against a non-resident Defendant, who has not appeared, the course prescribed by the statute must be pursued strictly. The authority for such an order is derived solely from the statute.

Where the notice to appear, was published in the state paper, and in another paper, *different from the one directed by the court*, although published at the same place, *held*, that an order *pro confesso*, entered against the non-resident Defendant, who had not appeared, was irregular.

*September Special Term*, 1847. *Erie county.*—*Motion by Defendant to set aside the order pro confesso and subsequent proceedings in a foreclosure case.*—The Defendant resided in the state of Georgia, and had been proceeded against as a non-resident. The order for his appearance

was in the usual form, directing notice to be published in the state paper and *Buffalo Courier*. The order was published in the state paper and in the *Buffalo Commercial Advertiser*, but *not in the Buffalo Courier*. The Plaintiff filed an affidavit of the publication as above stated, took an order pro confesso, and proceeded to a decree and sale of the premises described in the bill. The Plaintiff became the purchaser.

I. O. PUTNAM, *for Deft.*

A. B. NICHOLS, *for Plffs.*

SILL, Justice.—The right to an order pro confesso, against a Defendant who has been proceeded against as a non-resident, and who has not appeared, is derived from the statute alone; and to entitle the Plaintiff to it, he must pursue strictly the steps which the same prescribes. The statute requires the notice to appear, to be published in the state paper and such other paper as the court shall direct. In this case the court directed it to be published in the *Courier*. This was not done, but the publication was made in the Commercial Advertiser. It is immaterial whether the Defendant has been prejudiced by this change. The court acquired no jurisdiction of the party, and had no right to order the bill to be taken as confessed. Much less could the order be taken of course.

Motion granted, with costs.